■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERTO COLON, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant pled guilty to one count of criminal sale of a controlled substance in the fifth degree (Penal Law § 220.31). The court imposed "a four-month definite sentence" and "probation for a period of up to five years". The sentence is made concurrent by operation of law (see, Penal Law § 60.01 [2] [d]; People v Piwowar, 101 AD2d 686). (Appeal from Judgment of Erie County Court, McCarthy, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Callahan, J. P., Denman, Boomer, Balio and Lowery, JJ.

■ In the Matter of LAKIM L. ALLAH, Appellant, v THOMAS A. COUGHLIN, as Commissioner of the Department of Correctional Services, et al., Respondents.—Judgment unanimously affirmed for reasons stated in decision at Supreme Court, Dadd, J. (Appeal from Judgment of Supreme Court, Wyoming County, Dadd, J.—Article 78.) Present—Callahan, J. P., Denman, Boomer, Balio and Lowery, JJ.